[No. 30505-8-III.   Division Three.   September 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL GENE DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00592-1, Wm. Thomas McPhee, J., entered November 16, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 63736-3-I.   Division One.   September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KURT NORMAN SCHAUER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02347-4, Helen Halpert, J., entered June 29, 2009. *Reversed* by unpublished opinion per Grosse, J., concurred in by Ellington and Schindler, JJ.

[No. 65602-3-I.   Division One.   September 17, 2012.]

THERESA DUNN, *Individually and as Guardian*, ET AL., *Respondents*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-05741-1, Ronald L. Castleberry, J., entered May 24, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Lau, JJ.

[No. 66006-3-I.   Division One.   September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MILORD GELIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06880-8, Catherine D. Shaffer, J., entered September 7, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.